US District Court
District of Minnesota

James Paul Aery Plaintiff

VS.

Ernie Beitel
Collandra Allen
AJ
Anthony Derby
Edward Busta
Chris
Adam Olson
Brad
Michelle
Ty
Zachary
Hailey
Daryl
Megan
Ben
Tate Justin
Beltrami County
Janelle
Saphire
Gina
MEND
Todd Leonard
Minnesota Department of Corrections
Paul Schnell

Defendants

Aramark

Each Individually and Officially

Case No. 22-cv-114 KMM/TNL

Demand for Jury Trial - Yes

RECEIVED BY MAIL
JAN 18 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JAN 18 2022
U.S. DISTRICT COURT MPLS

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

___ Yes ___ No If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form? ___ Yes ___ No

If yes, how much? $____________________

If yes, state the attorney's name, address, and telephone number:

11. Have you paid – or will you be paying – anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form? ___ Yes ___ No

If yes, how much? $____________________

If yes, state the attorney's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13. Identify the city and state of your legal residence.

Your daytime phone number: ____________________

Your age: ________ Your years of schooling: ________

**Prisoners:** The following Certificate page *must* be completed by an authorized prison official and provided with this application.

# Complaint for Violation of Civil Rights under 42 USC §§ 1983 & 1985

I. No lawsuit of same facts

II. Facts presented in Grievance at facility with response of we can serve you up to two cold meals per DOC allowable meals by completion of Grievance and Grievance Appeal on Kiosk.

III. A. Plaintiff James Paul Avery
626 Minnesota Ave NW
Bemidji, MN 56601

RECEIVED BY MAIL
JAN 18 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

B. Defendants

Ernie Beitel
Beltrami County Sheriff
613 Minnesota Ave NW
Bemidji, MN 56601

Collandra Allen
Beltrami County Jail Administrator
626 Minnesota Ave NW
Bemidji, MN 56601

A J
Beltrami County Jail Assistant Administrator
626 Minnesota Ave NW
Bemidji MN 56601

Anthony Derby
Beltrami County Jail Program Director
626 Minnesota Ave NW
Bemidji, MN 56601

Edward Busta
Beltrami County Jail Assistant Program Director
626 Minnesota Ave NW
Bemidji, MN 56601

Chris
Beltrami County Jail Sgt
626 Minnesota Ave NW
Bemidji, MN 56601

Adam Olson
Beltrami County Jail Sgt
626 Minnesota Ave NW
Bemidji MN 56601

Daryl
Beltrami County Jail Training Officer
626 Minnesota Ave NW
Bemidji MN 56601

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home–mortgage payment *(including lot rented for mobile home)* | $ | $ |
| Are real estate taxes included? ___ Yes ___ No | | |
| Is property insurance included? ___ Yes ___ No | | |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry–cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installmnt payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

Beltrami County Jail Jailers
Brad, Michelle, Ty, Zachary, Hailey, Megan, Ben, Tate
Justin 626 Minnesota Ave NW, Bemidji MN 56601

Beltrami County
600 Minnesota Ave NW
Bemidji, MN 56601

MEND

Employees Janelle, Saphire, Gina
Todd Leonard

MN Department of Corrections

Paul Schnell

Aramark

IV. Statement of Claim.

A. (Ernie Beitel) has maintained Beltrami County Jail in a manner deficient to the point of irreparable harm to my physical health by not providing healthy conditions while pretrial detainee in previous 6 years through [illegible]

1. Not sending 27 Booking Fees to County Court.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings

| **Assets owned by you or your spouse** | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name***(or, if under 18, initials only)* | **Relationship** | **Age** |
|---|---|---|
| | | |
| | | |
| | | |

2. Not sending medical co-pays and fees to County Court.
3. Charging for indigent hygiene supplies.
4. Charging for indigent correspondence.
5. Punishing rule violations with Nutraloaf.
6. Punishing rule violations with excessive solitary confinement.
7. Not providing access to visitation.
8. Not providing sufficient quantity 3 times a day of wholesome well-cooked food.
9. Deliberate indifference to allegations of neglect and abuse.
10. Failure to properly train and follow policies and or supervise.

B. Collandra Allen is accused as in IV A 1-10
C. AJ is accused as in IV A 1-10
D. Anthony Darby is accused as in IV A 1-10
E. Edward Busta is accused as in IV A 1-10
F. Chris is accused as in IV A 5-10
G. Adam Olson is accused as in IV A 5-10
H. Daryl is accused as in IV A 5-10
I. Brad is accused as in IV A 6-9
J. Michell is accused as in IV A 6-9
K. Ty is accused as in IV A 5-9
L. Zachary is accused as in IV A 5-9

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public–assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $________________

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must have an authorized prison official complete the Certificate of Authorized Prison Official provided on Page 6 of this application. The certificate must be filed with this application.

M. Hailey is accused as in IV A 5-9
N. Megan is accused as in IV A 5-9
O. Ben is accused as in IV A 5-9
P. Tate is accused as in IV A 5-9
Q. Justin is accused as in IV A 5-9
R. Beltrami County is accused as in IV A 1-10
S. Aramark is accused as in IV A 5, 8-10
T. MN Department of Corrections is accused as in IV A 1-10
U. Paul Schnell is accused as in IV A 1-10
V. Todd Leonard is accused as in IV A 2,5,6,8,9,10
W. Janelle is accused as in IV A 5,6,8,9,10
X. Saphire is accused as in IV A 5,6,8,9,10
Y. Gina is accused as in IV A 5,6,8,9,10
Z. 1. MEND is accused as in IV A 2,5,6,8,9,10
2. MEND is accused as in IV A charging full price for medications.
3. MEND is accused as in IV A overdosing me on prescription medication.

V. Request for Relief

1. Injunction to immediately full Department of Health 2 week long monitoring of food provided to inmates at Beltrami County Jail recommend person investigate by being housed as an inmate with zero funds to garner

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09 & 4/14) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
U.S. District of Minnesota

James Paul Aery
*Plaintiff/Petitioner*
v
Unknown Beltrami County Deputies
*Defendant/Respondent*

Civil Action No. 0:21-cv-02373-JRT-DTS

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)**

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: ______________________ | Date: ______________________ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

an accurate perspective from an indigent inmate.

2. Injunction to provide me with adequate correspondence supplies of a limitless nature to contact D.O.C., Courts, elected officials and attorneys per MN Administrative Rules 2911.3300 subpart 5. Immediate Emergency.

3. Correct by court order injunction Statement of Claim issues A 1-10

4. Declaration my rights violated.

5. Criminal record erased due to Beltrami County abuse and neglect over last 22 years.

6. Punitive, Compensatory and Exemplary Specific Damages Ad Damnum 10 million US Dollars. All fees and costs court deems just, proper and equitable.

I hereby certify under penalty of perjury that the above complaint is true to the best of my information, knowledge, and belief.

Signed this 12th day of January, 2022

Plaintiff's Signature [signature]

626 Minnesota Ave NW
Bemidji, MN 56601

MIME-Version:1.0 To:mndecfnotifications@mnd.uscourts.gov Message-Id:<8065139@mnd.uscourts.gov> Subject:Activity in Case 0:21-cv-02373-JRT-DTS Aery v. Unknown Beltrami County Deputies et al Application to Proceed in District Court without Prepaying Fees or Costs Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**U.S. District of Minnesota**

**Notice of Electronic Filing**

The following transaction was entered on 11/4/2021 at 2:46 PM CDT and filed on 11/4/2021

**Case Name:** Aery v. Unknown Beltrami County Deputies et al
**Case Number:** 0:21-cv-02373-JRT-DTS
**Filer:** James Paul Aery
**Document Number:** 3

**Docket Text:**
**Application to Proceed in District Court without Prepaying Fees or Costs filed by James Paul Aery. (lmb)**

**0:21-cv-02373-JRT-DTS Notice has been electronically mailed to:**

**0:21-cv-02373-JRT-DTS Notice has been delivered by other means to:**

James Paul Aery
Beltrami County Jail
626 Minnesota Ave NW
Bemidji, MN 56601

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=11/4/2021] [FileNumber=8065137-0
] [0f0aafa01e337a4109dc3c928133b9055132a7331ea5eb9758ae8b9e9a5b02e028d
5ee33db8af17b414921ae0eb6a28315f5381f5f36fad600a219d4d6faf71b]]