Sent 1-17-22

Name: James Aery
Beltrami County Jail
626 Minnesota Avenue NW
Bemidji, MN 56601

Deposit Funds Online at:
InmateCanteen.com

U.S. POSTAGE PITNEY BOWES
ZIP 54022 $ 000.53⁰
02 4W
0000359603

RECEIVED BY MAIL
JAN 18 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

US District Court
District of Minnesota
Clerk's Office
300 South Fourth Street
Suite 202
Minneapolis MN 55415

SCANNED
JAN 18 2022
U.S. DISTRICT COURT MPLS

Legal Mail
Privileged

55415$2297